NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUL 18 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANTHONY MARCO RAMIREZ,

        Plaintiff-Appellant,

    v.

RON DAVIS, Warden, San Quentin; ANDY CRUMP, Chief Plant Manager,

        Defendants-Appellees.

No. 21-16044

D.C. No. 4:19-cv-03315-JSW

MEMORANDUM*

Appeal from the United States District Court
for the Northern District of California
Jeffrey S. White, District Judge, Presiding

Submitted July 12, 2022**

Before:    SCHROEDER, R. NELSON, and VANDYKE, Circuit Judges.

Former California state prisoner Anthony Marco Ramirez appeals pro se

from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging

deliberate indifference to his health and safety. We have jurisdiction under 28

U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056

---

    *    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    **    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 2004).  We affirm.

The district court properly granted summary judgment because Ramirez failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent by failing to inspect and maintain the prison's cooling tower.  *See Farmer v. Brennan*, 511 U.S. 825, 837 (1994) (a prison official is deliberately indifferent only if he "knows of and disregards an excessive risk to inmate health or safety; the official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference").

The district court did not abuse its discretion by denying Ramirez's request for leave to file a sur-reply because it reviewed the briefing and found that there were no new issues raised by defendants' reply brief that necessitated more argument.  *See Sec. & Exch. Comm'n v. Seaboard Corp.*, 677 F.2d 1301, 1314 (9th Cir. 1982) (setting forth standard of review).

**AFFIRMED.**

21-16044